UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TOWER AUTOMOTIVE ERISA LITIGATION | 05-cv-2184 (RWS)<br><br>**NOTICE OF MOTION**<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE THAT, upon the Consolidated Class Action Complaint in this matter; the Affidavit of Robert N. Kravitz sworn to on November 18, 2005, and the exhibits attached thereto; and all other proceedings had herein, defendants Dugald Campbell, Anthony G. Fernandes, Jurgen Geissinger, Christopher Hatto, Ali Jenab, S.A. Johnson, Kathleen Ligocki, Joe Loughrey, James R. Lozelle, Georgia R. Nelson, and Scott Rued will move this Court, before the Honorable Robert W. Sweet, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Consolidated Class Action Complaint with prejudice. The basis for the motion is set forth in the accompanying memorandum of law. Defendants request oral argument on the motion.

Dated:   New York, New York
         November 18, 2005

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:  /s/ Moses Silverman_____
            Moses Silverman (MS-9996)
            Robert N. Kravitz (RK-5943)
            David L. Calone (DC-0929)
            Daniele L. Chinea (DC-8110)

        1285 Avenue of the Americas
        New York, New York 10019-6064
        (212) 373-3000

        Attorneys for Defendants Dugald Campbell, Anthony G. Fernandes, Jurgen Geissinger, Christopher Hatto, Ali Jenab, S.A. Johnson, Kathleen Ligocki, Joe Loughrey, James R. Lozelle, Georgia R. Nelson, and Scott Rued